**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAN STASTNY, RICHARD DAI, AMELIA CAI, and DAVID CHOI<br><br>Plaintiffs,<br><br>v.<br><br>AADI BHANTI and DROPMINTS, INC.,<br><br>Defendants. | Civil Action No. 22-1191-RGA |

**TRANSFER ORDER**

Before me is Defendants' Motion to Dismiss for Improper Venue. (D.I. 9). I have reviewed the parties' briefings (D.I. 11, 17, 18) and I heard oral argument on November 18, 2022. Pursuant to my oral rulings on November 18, 2022, which are incorporated herein, IT IS HEREBY ORDERED that:

Defendants' Motion to Dismiss (D.I. 9) is **GRANTED**.

Because I have found that venue in Delaware is improper, I hereby **TRANSFER** this case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1406(a).

SO ORDERED this 18th day of November, 2022.

United States District Judge